COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-12-01006-CR

Style:      Herber Bal Aparicio-Cabrera

     v. The State of Texas

Date motion filed[*]:      December 17, 2013

Type of motion:      Extension of time to file *Anders* response

Party filing motion:      Appellant

Document to be filed:      *Anders* response

Is appeal accelerated?      No

If motion to extend time:

     Original due date:      November 20, 2013

     Number of previous extensions granted:      0      Current Due date: November 20, 2013

     Date Requested:      N/A

Ordered that motion is:

☐      Granted

     If document is to be filed, document due:

     ☐      The Court will not grant additional motions to extend time

☒      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

     **To the extent appellant requests an extension of time to file his *Anders* response, the motion is denied. We construe the remainder of the motion as appellant's pro se *Anders* response.**

Judge's signature:    /s/ Laura C. Higley
           ☒ Acting individually     ☐ Acting for the Court

Panel consists of      _____

Date: December 27, 2013

November 7, 2008 Revision